■     THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PEDRO JUAN PEREZ, Also Known as JUAN PERRY, Appellant.— Two judgments, one of the County Court, Nassau County, rendered March 17, 1970, and the other of the Supreme Court, Queens County, rendered April 17, 1970, affirmed. No opinion. We have reviewed the order of the Supreme Court, Queens County, dated May 22, 1969, which denied defendant's motion to suppress evidence. Munder, Acting P. J., Martuscello, Latham, Shapiro and Christ, JJ., concur.